.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ESTES EXPRESS LINES, INC. a Virginia Corporation | Case No.: C09-05515 FDB |
| Plaintiff, | |
| vs. | ORDER OF DEFAULT |
| SUN FURNITURE, INC. a Washington Corporation | |
| Defendant. | |

THIS MATTER having come on for a motion hearing on Plaintiff's Motion for Default; Plaintiff appearing by and through counsel of record in the above referenced cause of action.

The Court considering the Plaintiff's motion;

NOW, THEREFORE, It is Ordered: The Defendant Sun Furniture, Inc. is in default.

Dated this 19th day of January, 2010.

                                                                           s/Pat LeFrois
                                          Clerk for JUDGE FRANKLIN D. BURGESS

ORDER OF DEFAULT

Huppert Law Firm, PLLC.
Bank of Everett Tower
2722 Colby Avenue, Suite 535
Everett, WA 98201
Phone: 425.258.5400
Fax: 425.258.5403

ORDER OF DEFAULT

Huppert Law Firm, PLLC.
Bank of Everett Tower
2722 Colby Avenue, Suite 535
Everett, WA 98201
Phone: 425.258.5400
Fax: 425.258.5403